UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In re: DALLAS, ALEXANDER M. § Case No. 10-15168
      DALLAS, PATRICIA A § 
 § 
Debtor(s) DANCE, TRICIA'S OF § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 07, 2010. The undersigned trustee was appointed on December 07, 2010.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of  $ 1,500.06

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 206.54 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 1,293.52 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/18/2011 and the deadline for filing governmental claims was 06/06/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $375.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $375.02, for a total compensation of $375.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $86.47, for total expenses of $86.47.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/27/2013          By: /s/R. DAVID BOYER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-15168  
**Case Name:** DALLAS, ALEXANDER M.  
DALLAS, PATRICIA A  
**Period Ending:** 04/27/13

**Trustee:** (340100)  R. DAVID BOYER  
**Filed (f) or Converted (c):** 12/07/10 (f)  
**§341(a) Meeting Date:** 01/11/11  
**Claims Bar Date:** 04/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condo at 300 BASE | 35,000.00 | 0.00 | | 0.00 | FA |
| 2 | Residence, yAppraised July 3, 2010 | 340,000.00 | 0.00 | | 0.00 | FA |
| 3 | cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Fidelity Individual Investment Account | 6,134.17 | 5,763.10 | | 0.00 | FA |
| 5 | First Federal Checking Account; Acct:4158660 in | 178.93 | 0.00 | | 0.00 | FA |
| 6 | First Federal Checking Acct: 7013930 for Patrici | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1st Floor Furnishings | 950.00 | 0.00 | | 0.00 | FA |
| 8 | Basement furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Bedroom Furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 10 | gFurnishings in 401K condo | 600.00 | 0.00 | | 0.00 | FA |
| 11 | Pictures/Art objects stamp, coin, record, tape, | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing for both debtors | 1,200.00 | 0.00 | | 0.00 | FA |
| 13 | Various jewelry items between the Debtors | 2,550.00 | 350.00 | | 0.00 | FA |
| 14 | Various Firearms and other hobby equipment. | 800.00 | 0.00 | | 0.00 | FA |
| 15 | Equity Trust Company; Traditional IRA; Acct:7994 | 95,914.52 | 0.00 | | 0.00 | FA |
| 16 | Fidelity Accounts 183-873667- ROTH IRA 2AD-70999 | 20,442.03 | 0.00 | | 0.00 | FA |
| 17 | Tricia's School of Dance Payments | 750.00 | 0.00 | | 0.00 | FA |
| 18 | Trademark for "BULLBELT" | 120.00 | 0.00 | | 0.00 | FA |
| 19 | 1988 Chevy truck | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 1997 Ford Pickup Truck | 4,000.00 | 0.00 | | 0.00 | FA |
| 21 | Golf Cart | 500.00 | 0.00 | | 0.00 | FA |
| 22 | Lawn Tractor | 200.00 | 0.00 | | 0.00 | FA |
| 23 | Computer, Printer, Copier | 1,000.00 | 0.00 | | 0.00 | FA |
| 24 | Daltech items (leather belts, shirts, Holsters) | 1,800.00 | 0.00 | | 0.00 | FA |
| 25 | EPPI Card (for unemployment benefits | 390.00 | 390.00 | | 0.00 | FA |
| 26 | First Federal Checking Account for Tricia Dallas | 780.00 | 780.00 | | 0.00 | FA |
| 27 | duplicate | 0.00 | 0.00 | | 0.00 | FA |

Printed: 04/27/2013 12:32 PM    V.13.13

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-15168  
**Case Name:** DALLAS, ALEXANDER M.  
DALLAS, PATRICIA A  
**Period Ending:** 04/27/13

**Trustee:** (340100)   R. DAVID BOYER  
**Filed (f) or Converted (c):** 12/07/10 (f)  
**§341(a) Meeting Date:** 01/11/11  
**Claims Bar Date:** 04/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Pay Pal Account (u) | 1,528.97 | 1,528.97 | | 1,500.00 | FA |
| 29 | duplicate | Unknown | Unknown | | 0.00 | FA |
| 30 | duplicate | Unknown | Unknown | | 0.00 | FA |
| 31 | duplicate | Unknown | Unknown | | 0.00 | FA |
| 32 | duplicate | Unknown | Unknown | | 0.00 | FA |
| 33 | 2008 Mercedes (u)<br>per order dated 1/25/11 | 0.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.06 | Unknown |
| 34 | Assets    Totals (Excluding unknown values) | $517,188.62 | $8,812.07 | | $1,500.06 | $0.00 |

**Major Activities Affecting Case Closing:**

04/27/13 - TFR sent to UST

**Initial Projected Date Of Final Report (TFR):**   January 11, 2012        **Current Projected Date Of Final Report (TFR):**   May 31, 2013

Printed: 04/27/2013 12:32 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-15168  
**Case Name:** DALLAS, ALEXANDER M.  
DALLAS, PATRICIA A  
**Taxpayer ID #:** **-***0702  
**Period Ending:** 04/27/13

**Trustee:** R. DAVID BOYER (340100)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-65 - Checking Account  
**Blanket Bond:** $119,058,755.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/13/11 | {28} | Thomas Law Firm P.C. | Paypal monies | 1229-000 | 1,500.00 | | 1,500.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1.54 | 1,498.46 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,498.47 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,473.47 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,473.48 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,448.48 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,448.49 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,423.49 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,423.50 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,398.50 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,398.51 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,373.51 |
| 01/24/12 | | To Account #9200******7866 | tfr from mma to dda | 9999-000 | | 600.00 | 773.51 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 773.52 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 748.52 |
| 11/27/12 | | To Account #9200******7866 | tfr from dda65 to dda66 | 9999-000 | | 748.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,500.06 | 1,500.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,348.52 | |
| | | | **Subtotal** | | 1,500.06 | 151.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.06** | **$151.54** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-15168 | | **Trustee:** | R. DAVID BOYER (340100) |
|---|---|---|---|---|
| **Case Name:** | DALLAS, ALEXANDER M. | | **Bank Name:** | The Bank of New York Mellon |
| | DALLAS, PATRICIA A | | **Account:** | 9200-******78-66 - Checking Account |
| **Taxpayer ID #:** | **-***0702 | | **Blanket Bond:** | $119,058,755.00  (per case limit) |
| **Period Ending:** | 04/27/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/24/12 | | From Account #9200******7865 | tfr from mma to dda | 9999-000 | 600.00 | | 600.00 |
| 11/27/12 | | From Account #9200******7865 | tfr from dda65 to dda66 | 9999-000 | 748.52 | | 1,348.52 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,323.52 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001034010088 20130110 | 9999-000 | | 1,323.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,348.52 | 1,348.52 | $0.00 |
| | | | Less: Bank Transfers | | 1,348.52 | 1,323.52 | |
| | | | **Subtotal** | | 0.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25.00** | |

{} Asset reference(s)                                                                 Printed: 04/27/2013 12:32 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-15168 | | Trustee: | R. DAVID BOYER (340100) |
|---|---|---|---|---|
| Case Name: | DALLAS, ALEXANDER M. | | Bank Name: | Rabobank, N.A. |
| | DALLAS, PATRICIA A | | Account: | ****406866 - Checking Account |
| Taxpayer ID #: | **-***0702 | | Blanket Bond: | $119,058,755.00  (per case limit) |
| Period Ending: | 04/27/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,323.52 | | 1,323.52 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,313.52 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,303.52 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,293.52 |
| | | | ACCOUNT TOTALS | | 1,323.52 | 30.00 | $1,293.52 |
| | | | Less: Bank Transfers | | 1,323.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $30.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******78-65 | 1,500.06 | 151.54 | 0.00 |
| Checking # 9200-******78-66 | 0.00 | 25.00 | 0.00 |
| Checking # ****406866 | 0.00 | 30.00 | 1,293.52 |
| | $1,500.06 | $206.54 | $1,293.52 |

{} Asset reference(s)

Printed: 04/27/13 12:33 PM  **Exhibit C - Analysis of Claims Register**  Page: 1

**Case:  10-15168   DALLAS, ALEXANDER M.**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED-1 | 12/07/10 | 100 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED-1 | 12/07/10 | 100 | Ing Direct<br>1 S Orange St<br>Wilmington, DE 19801<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/07/10 | 200 | R. DAVID BOYER<br>TRUSTEE IN BANKRUPTCY<br>927 S. HARRISON ST, STE 200E<br>FORT WAYNE, IN 46802<br>&lt;2200-00   Trustee Expenses&gt; | 86.47 | 86.47 | 0.00 | 86.47 | 86.47 |
| | 12/07/10 | 200 | R. DAVID BOYER<br>TRUSTEE IN BANKRUPTCY<br>927 S. HARRISON ST, STE 200E<br>FORT WAYNE, IN 46802<br>&lt;2100-00   Trustee Compensation&gt; | 375.02 | 375.02 | 0.00 | 375.02 | 375.02 |
| | 12/07/10 | 200 | R. DAVID BOYER II<br>927 S. HARRISON ST., STE. 200E<br>FORT WAYNE, IN 46802<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 352.00 | 352.00 | 0.00 | 352.00 | 352.00 |
| | 12/07/10 | 200 | US BANKRUPTCY COURT<br>1300 S HARRISON STREET<br>ROOM 1188<br>FORT WAYNE, IN 46802<br>&lt;2700-00   Clerk of the Court Costs (includes adversary and other filing fees)&gt;<br>12-01119 | 293.00 | 293.00 | 0.00 | 293.00 | 293.00 |
| | | | **Total for Priority 200:   100% Paid** | **$1,106.49** | **$1,106.49** | **$0.00** | **$1,106.49** | **$1,106.49** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,106.49** | **$1,106.49** | **$0.00** | **$1,106.49** | **$1,106.49** |

Printed: 04/27/13 12:33 PM

# Exhibit C - Analysis of Claims Register

Page: 2

**Case:  10-15168   DALLAS, ALEXANDER M.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Unsecured Claims:** | | | | | | | | |
| 2 -1 | 01/18/11 | 610 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Gander Mountain Mastercard,PO Box 248872<br>Oklahoma City, OK 73124-8872<br><7100-00   General Unsecured § 726(a)(2)> | 9,123.40 | 9,123.40 | 0.00 | 9,123.40 | 15.27 |
| 3 -1 | 01/18/11 | 610 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Dress Barn,PO Box 248872<br>Oklahoma City, OK 73124-8872<br><7100-00   General Unsecured § 726(a)(2)> | 892.87 | 892.87 | 0.00 | 892.87 | 1.49 |
| 4 -1 | 01/18/11 | 610 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Victoria's Secret,PO Box 248872<br>Oklahoma City, OK 73124-8872<br><7100-00   General Unsecured § 726(a)(2)> | 2,628.66 | 2,628.66 | 0.00 | 2,628.66 | 4.40 |
| 5 -1 | 01/18/11 | 610 | American Infosource Lp As Agent for Wfcb<br>As Assignee of<br>Hsn,PO Box 248872<br>Oklahoma City, OK 73124-8872<br><7100-00   General Unsecured § 726(a)(2)> | 3,302.92 | 3,302.92 | 0.00 | 3,302.92 | 5.53 |
| 6 -1 | 01/24/11 | 610 | Angola Dental Center<br>205 E Harcourt<br>Angola, IN 46703<br><7100-00   General Unsecured § 726(a)(2)> | 525.26 | 525.26 | 0.00 | 525.26 | 0.88 |
| 7 -1 | 01/27/11 | 610 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br><7100-00   General Unsecured § 726(a)(2)> | 5,062.01 | 5,062.01 | 0.00 | 5,062.01 | 8.47 |
| 8 -1 | 02/17/11 | 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)> | 1,735.13 | 1,735.13 | 0.00 | 1,735.13 | 2.90 |
| 9 -1 | 03/03/11 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 29,115.61 | 29,115.61 | 0.00 | 29,115.61 | 48.72 |

| Printed: 04/27/13 12:33 PM | | Exhibit C - Analysis of Claims Register | | | | | Page: 3 |

## Case: 10-15168    DALLAS, ALEXANDER M.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 10 -1 | 03/03/11 | 610 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)> | 5,291.93 | 5,291.93 | 0.00 | 5,291.93 | 8.85 |
| 11 -1 | 03/03/11 | 610 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)> | 2,176.01 | 2,176.01 | 0.00 | 2,176.01 | 3.64 |
| 12 -1 | 04/08/11 | 610 | Capital One, N.A. Bass & Associates 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 <7100-00   General Unsecured § 726(a)(2)> | 5,221.00 | 5,221.00 | 0.00 | 5,221.00 | 8.74 |
| 13 -1 | 04/08/11 | 610 | HSBC Bank Nevada, N.A. Bass & Associates 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 <7100-00   General Unsecured § 726(a)(2)> | 3,262.72 | 3,262.72 | 0.00 | 3,262.72 | 5.46 |
| 14 -1 | 04/08/11 | 610 | Capital One, N.A. Bass & Associates 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 <7100-00   General Unsecured § 726(a)(2)> | 3,485.28 | 3,485.28 | 0.00 | 3,485.28 | 5.83 |
| 15 -1 | 04/13/11 | 610 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)> | 3,428.85 | 3,428.85 | 0.00 | 3,428.85 | 5.74 |
| 16 -1 | 04/13/11 | 610 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)> | 2,371.17 | 2,371.17 | 0.00 | 2,371.17 | 3.97 |
| 17 -1 | 04/13/11 | 610 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)> | 3,276.83 | 3,276.83 | 0.00 | 3,276.83 | 5.48 |
| 18 -1 | 04/14/11 | 610 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)> | 6,556.61 | 6,556.61 | 0.00 | 6,556.61 | 10.97 |

Printed: 04/27/13 12:33 PM  **Exhibit C - Analysis of Claims Register**  Page: 4

**Case: 10-15168    DALLAS, ALEXANDER M.**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 19 -1 | 04/15/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>--------------------------------------------------------------------------------<br>Schedule F Account: 4103 | 11,493.00 | 11,493.00 | 0.00 | 11,493.00 | 19.23 |
| 20 -1 | 04/15/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>--------------------------------------------------------------------------------<br>Schedule F Account: 3255 | 12,826.18 | 12,826.18 | 0.00 | 12,826.18 | 21.46 |
| NOTFILED-1 | 12/07/10 | 610 | Bill Me Later<br>PO Box 105658<br>Atlanta, GA 30348-5658<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED-1 | 12/07/10 | 610 | Citi Ctb<br>Po Box 22066<br>Tempe, AZ 85285<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED-1 | 12/07/10 | 610 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED-1 | 12/07/10 | 610 | EMPI<br>599 Cardigan Rd<br>St. Paul, MN 55126<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED-1 | 12/07/10 | 610 | Kohls/chase<br>Po Box 3115<br>Milwaukee, WI 53201<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED-1 | 12/07/10 | 610 | Mercedes-benz Financia<br>36455 Corporate Dr<br>Farmington Hills, MI 48331<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 04/27/13 12:33 PM

## Exhibit C - Analysis of Claims Register

Page: 5

### Case:  10-15168    DALLAS, ALEXANDER M.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED-1 | 12/07/10 | 610 | Tnb - Target<br>Po Box 673<br>Minneapolis, MN 55440<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED-1 | 12/07/10 | 610 | Us Bank<br>205 W Fourth Street<br>Cincinnati, OH 45202<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$111,775.44** | **$111,775.44** | **$0.00** | **$111,775.44** | **$187.03** |
| 1 -1 | 01/03/11 | 630 | DCFS USA LLC<br>Trustee Payments<br>P. O. Box 9001683<br>Louisvile, KY 40290-1683<br><7400-00   Subordinated General Unsecured (Equitably or consensually subordinated)><br>per order dated 9/6 | 31,440.43 | 31,440.43 | 0.00 | 31,440.43 | 0.00 |
| | | | **Priority 630:    0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$143,215.87** | **$143,215.87** | **$0.00** | **$143,215.87** | **$187.03** |
| | | | **Total for Case :** | **$144,322.36** | **$144,322.36** | **$0.00** | **$144,322.36** | **$1,293.52** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-15168
Case Name: DALLAS, ALEXANDER M.
Trustee Name: R. DAVID BOYER

**Balance on hand:**  $ 1,293.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 1,293.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - R. DAVID BOYER | 375.02 | 0.00 | 375.02 |
| Trustee, Expenses - R. DAVID BOYER | 86.47 | 0.00 | 86.47 |
| Attorney for Trustee, Fees - R. DAVID BOYER II | 352.00 | 0.00 | 352.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:  $ 1,106.49
Remaining balance:  $ 187.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 187.03

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 187.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,775.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -1 | American Infosource Lp As Agent for Wfnnb | 9,123.40 | 0.00 | 15.27 |
| 3 -1 | American Infosource Lp As Agent for Wfnnb | 892.87 | 0.00 | 1.49 |
| 4 -1 | American Infosource Lp As Agent for Wfnnb | 2,628.66 | 0.00 | 4.40 |
| 5 -1 | American Infosource Lp As Agent for Wfcb | 3,302.92 | 0.00 | 5.53 |
| 6 -1 | Angola Dental Center | 525.26 | 0.00 | 0.88 |
| 7 -1 | Commerce Bank | 5,062.01 | 0.00 | 8.47 |
| 8 -1 | Chase Bank USA,N.A | 1,735.13 | 0.00 | 2.90 |
| 9 -1 | PYOD LLC its successors and assigns as assignee of | 29,115.61 | 0.00 | 48.72 |
| 10 -1 | PYOD LLC its successors and assigns as assignee of | 5,291.93 | 0.00 | 8.85 |
| 11 -1 | PYOD LLC its successors and assigns as assignee of | 2,176.01 | 0.00 | 3.64 |
| 12 -1 | Capital One, N.A. | 5,221.00 | 0.00 | 8.74 |
| 13 -1 | HSBC Bank Nevada, N.A. | 3,262.72 | 0.00 | 5.46 |
| 14 -1 | Capital One, N.A. | 3,485.28 | 0.00 | 5.83 |
| 15 -1 | GE Money Bank | 3,428.85 | 0.00 | 5.74 |
| 16 -1 | GE Money Bank | 2,371.17 | 0.00 | 3.97 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 17 -1 | GE Money Bank | 3,276.83 | 0.00 | 5.48 |
| 18 -1 | GE Money Bank | 6,556.61 | 0.00 | 10.97 |
| 19 -1 | FIA Card Services, NA/Bank of America | 11,493.00 | 0.00 | 19.23 |
| 20 -1 | FIA Card Services, NA/Bank of America | 12,826.18 | 0.00 | 21.46 |

Total to be paid for timely general unsecured claims:  $          187.03
Remaining balance:  $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $            0.00
Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 31,440.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | DCFS USA LLC | 31,440.43 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $            0.00
Remaining balance:  $            0.00

**UST Form 101-7-TFR (05/1/2011)**